United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Alex Cohen, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-60764-Civ-Scola |
| | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Lurana S. Snow for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On May 6, 2019, Judge Snow issued her report and recommendation (ECF No. 35), recommending that the Court grant the Defendant Social Security Administration's motion for judgment on the pleadings (ECF No. 34).

Plaintiff Alex Cohen did not respond to the Administration's motion nor has he filed objections to Judge Snow's recommendation. And the time to do either has long since passed.

A district-court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. When no objections are made, a report may be adopted in full without conducting a de novo review. *Id.* Nevertheless, the Court reviewed, de novo, the filings, the applicable law, and the record, and finds Judge Snow's report and recommendation cogent and compelling. The Court agrees with Judge Snow's conclusion that the Appeals Council's dismissal of Cohen's late-filed request for review should stand.

Based on the Court's review, the Court **affirms and adopts** Judge Snow's report and recommendation (**ECF No. 35**) in full and **grants** the Administration's motion for judgment on the pleadings (**ECF No. 34**). A separate entry of judgment will follow.

**Done and ordered** in chambers, at Miami, Florida, on May 23, 2019.

_____
Robert N. Scola, Jr.
United States District Judge